UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff-Respondent,<br><br>vs.<br><br>CHARLES WILLIAM AXTELL,<br><br>　　　　Defendant-Petitioner. | Case No. CR05-030-C-EJL<br>　　　　　CV09-344-C-EJL<br><br>**JUDGMENT** |

　　　Based upon this Court's Memorandum Order, entered herewith, and the Court being fully advised in the premises;

　　　**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendant-Petitioner, Charles William Axtell, take nothing from the Plaintiff-Respondent and the civil case associated with this matter is **DISMISSED IN ITS ENTIRETY**.

DATED: **September 22, 2009**

_____
Honorable Edward J. Lodge
U. S. District Judge

JUDGMENT- 1